ROBERT S. RYAN, Respondent, *v.* MARY C. C. CLARK, Individually and as Administratrix, etc., Appellant.

Appeal from an order of the Supreme Court, entered on the 7th day of October, 1914, denying the defendant's motion to compel a reply, and granting the plaintiff's motion for leave to serve an amended complaint,

PER CURIAM: The order allowing the plaintiff to serve an amended complaint is affirmed, with ten dollars costs and disbursements, without prejudice to a motion by the defendant to compel the plaintiff to reply, if he shall be so advised, after he has served an answer to the amended complaint. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ. Order affirmed, with ten dollars costs and disbursements, without prejudice to motion by defendant as stated in opinion.